In the Matter of the Judicial Settlement of the Account of WILLIAM W. WALSH, as Surviving Executor, etc., of GEORGE WALSH, Deceased. ELSA VON H. WALSH, Appellant; WILLIAM W. WALSH, as Surviving Executor and Trustee, etc., and Others, Respondents.— Decree of the Surrogate's Court of Suffolk county unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ. [143 Misc. 223.]

ELISE McMURRAY and Others, Appellants, v. MOSES KRAKOWSKI, Also Known as MAURICE KRAKOW, Defendant, Impleaded with STANLEY J. STANLEY and ALEXANDER M. BURNHAM, Respondents.— Order modified so as to deny the respondents' motion to dismiss the second cause of action, and, as so modified, affirmed, with ten dollars costs and disbursements to the appellants. Respondents may answer within ten days from the entry of the order herein. In our opinion, the second cause of action is sufficient to set forth a cause of action for libel against all the defendants, including the respondents, and it sufficiently alleges a publication of the libel in question by the respondents. The case of *Levy* v. *Davenport* (233 N. Y. 533) does not apply to the case at bar. In that case the ruling was that the mere voting for a resolution containing the libelous language was not a publication by the defendant. The allegation in the case at bar is in substance that the defendants published libelous language in the minute book of the association "and caused the same to be read and exhibited before a great number of people, including members of said Association, and others present," at the meeting held on August 14, 1930. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. LLOYDS CASUALTY COMPANY, Appellant.— Order and judgment unanimously affirmed, with fifty dollars costs and disbursements, and all stays vacated. No opinion. Present — Young, Kapper, Scudder, Tompkins and Davis, JJ.

ELLA L. PETERSON, Appellant, v. ANDREW McALLISTER and MARY F. McALLISTER, Sued as "MARY" McALLISTER, the Name "Mary" Being Fictitious, the True First Name of Said Defendant Being Unknown to Plaintiff, Respondents.— Judgment unanimously affirmed, with costs. The record on the present appeal fully supports the findings and conclusions that plaintiff did not have an easement over the property of the defendants but merely possessed a revocable license which the defendants had a right to and did revoke. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

AUGUSTINE POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents, Impleaded with ADRIAN M. POTTER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY CHURGIN, Appellant — Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Lazansky, P. J., Kapper and Tompkins, JJ., concur; Scudder and Davis, JJ., dissent.